**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

IN RE:                                                           Chapter 13

Gerardo Salas                                      No.  11-51132

                            Debtor                                 Hon.  Pamela S. Hollis

**NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE**

**To: See attached Service List**

PLEASE TAKE NOTICE that on January 25, 2016, I filed the attached Response to Notice of Final Cure, a copy of which is hereby served upon you.

                                                                 _____/s/ Ross Brand_____

**Certificate of Service**

The undersigned certifies that she served a copy of the Notice of Filing and Response to Notice of Final Cure on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. with proper postage prepaid and via electronic notification on Charles R. Bonini and Marilyn O. Marshall on January 25, 2016.

                                                                  _____/s/ Ross Brand_____

Ross Brand - Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-236-0077

**This is an attempt to collect a debt.  Any information obtained will be used for that purpose.**

**SERVICE LIST**

Gerardo Salas
6624 S. Whipple Ave.
Chicago, IL 60629

Marilyn O. Marshall
224 South Michigan, Ste. 800
Chicago, IL 60604

Charles R. Bonini
Robert J. Semrad & Associates, LLC
20 S. Clark, 28th Floor
Chicago, IL 60603